```
 1 │ THOMAS P. O'BRIEN
   │ United States Attorney
 2 │ CHRISTINE C. EWELL
   │ Assistant United States Attorney
 3 │ Chief, Criminal Division
   │ STEVEN R. WELK
 4 │ Assistant United States Attorney
   │ Chief, Asset Forfeiture Section
 5 │ P. GREG PARHAM
   │ California Bar No. 140310
 6 │ Special Assistant United States Attorney
   │ Asset Forfeiture Section
 7 │     Federal Courthouse, 14th Floor
   │     312 North Spring Street
 8 │     Los Angeles, California 90012
   │     Telephone:  (213) 894-0304
 9 │     Facsimile:   (213) 894-7177
   │     E-mail: Greg.Parham@usdoj.gov
10 │
   │ Attorneys for Plaintiff
11 │ United States of America
12 │
13 │              UNITED STATES DISTRICT COURT
14 │         FOR THE CENTRAL DISTRICT OF CALIFORNIA
15 │                    WESTERN DIVISION
16 │ UNITED STATES OF AMERICA,      )
   │                                )   NO.  CV 08-05045 DDP(JCx)
17 │              Plaintiff,        )
   │                                )   [PROPOSED]
18 │      v.                        )
   │                                )   CONSENT JUDGMENT OF
19 │ $15,797.00 IN U.S.             )   FORFEITURE
   │ CURRENCY,                      )
20 │                                )
   │              Defendant.        )
21 │ _____ )
   │                                )
22 │ RASBIAN WARD AND MISHAWN       )
   │ WALLER,                        )
23 │                                )
   │              Claimants.        )
24 │ _____ )
25 │
26 │      This action was filed on July 31, 2008.  Notice was given and
27 │ published in accordance with law.  Claimants Rasbian Ward and
28 │ Mishawn Waller ("claimants") filed a verified claim and answer on
```

CC: FISCAL

JS-6

September 5, 2008. No other statements of interest or answers have been filed, and the time for filing such statements of interest and answers has expired. Plaintiff and claimants have reached an agreement that is dispositive of the action. The parties hereby request that the Court enter this Consent Judgment of Forfeiture.

**WHEREFORE, IT IS ORDERED, ADJUDGED AND DECREED:**

1. This Court has jurisdiction over the parties and the subject matter of this action.

2. Notice of this action has been given in accordance with law. All potential claimants to the defendant $15,797.00 in U.S. currency ("defendant currency") other than claimants are deemed to have admitted the allegations of the Complaint. The allegations set out in the Complaint are sufficient to establish a basis for forfeiture.

3. The United States of America shall have judgment as to $2,297.00 of the defendant currency, plus all interest earned by the government on the full amount of the defendant currency, and no other person or entity shall have any right, title or interest therein. The United States Marshals Service is ordered to dispose of said assets in accordance with law.

4. $13,500.00 of the defendant currency, without any interest earned by the government on that amount, shall be paid to claimants, and be returned in care of their attorney, James J. Warner. Said funds shall be forwarded by a check made payable in the amount of $13,500.00 to "James Warner Attorney Client Trust Account" and shall be mailed to James J. Warner, 3233 Third Avenue, San Diego,

```
 1 |        CA 92103.
 2 |   5.   Claimants hereby release the United States of America,
 3 |        its agencies, agents, and officers, including employees
 4 |        and agents of the Drug Enforcement Administration, from
 5 |        any and all claims, actions or liabilities arising out of
 6 |        or related to this action, including, without limitation,
 7 |        any claim for attorney's fees, costs or interest which
 8 |        may be asserted on behalf of the claimants, whether
 9 |        pursuant to 28 U.S.C. § 2465 or otherwise.
10 |   6.   The court finds that there was reasonable cause for the
11 |        seizure of the defendant currency and institution of
12 |        these proceedings.  This judgment shall be construed as
13 |        a certificate of reasonable cause pursuant to 28 U.S.C.
14 |        § 2465.
```

Dated: June 12, 2009

*[signature]*

THE HONORABLE DEAN D. PREGERSON
UNITED STATES DISTRICT JUDGE

**[Signatures of counsel appear on the next page.]**

**Approved as to form and content:**

Dated: May 15, 2009

THOMAS P. O'BRIEN
United States Attorney
CHRISTINE C. EWELL
Assistant United States Attorney
Chief, Criminal Division
STEVEN R. WELK
Assistant United States Attorney
Chief, Asset Forfeiture Section

_/s/ P. Greg Parham_
P. GREG PARHAM
Special Assistant United States Attorney
Asset Forfeiture Section

Attorneys for Plaintiff
United States of America

Dated: May 13, 2009

_/s/ James J. Warner_
JAMES J. WARNER
Attorney for Claimants
Rasbian Ward and Mishawn Waller

4